The People of the State of New York ex rel. Frederic C. Carpenter, Appellant, v Michael Corcoran, Respondent. [847 NYS2d 885]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Peter E. Corning, A.J.), entered May 11, 2006 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Petitioner appeals from a judgment denying his petition seeking a writ of habeas corpus. We affirm. According to petitioner, the supervision of his probation was not properly transferred from New York County to Cortland County, and Cortland County Court therefore lacked jurisdiction to sentence petitioner after he violated the terms of his probation. Habeas corpus relief is unavailable, however, inasmuch as the petition raises issues that could have been raised on petitioner's direct appeal and, indeed, were raised by petitioner in his motions pursuant to CPL 440.10 (see e.g. People ex rel. Elkady v Conway, 41 AD3d 1176 [2007], lv denied 9 NY3d 809 [2007]; People ex rel. Lyons v Conway, 32 AD3d 1324 [2006], lv denied 8 NY3d 802 [2007]; People ex rel. Gloss v Costello, 309 AD2d 1160 [2003], lv denied 1 NY3d 504 [2003]). Present—Hurlbutt, J.P., Martoche, Smith, Peradotto and Pine, JJ.

The People of the State of New York ex rel. John Washington, Appellant, v Thomas Poole, as Superintendent of Five Points Correctional Facility, Respondent. [847 NYS2d 886]—Appeal from a judgment of the Supreme Court, Seneca County (Dennis F. Bender, A.J.), dated December 16, 2005 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Hurlbutt, J.P., Martoche, Smith, Peradotto and Pine, JJ.